IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CRIMINAL NO. 07-40010-WDS |
| ) | |
| JEFFREY HOHLBAUCH, ) | |
| ) | Title 29, U.S.C. § 439(c) |
| Defendant. ) | |

FILED
JAN 1 1 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
BENTON OFFICE

## INDICTMENT

**THE GRAND JURY CHARGES:**

**FALSIFICATION OF FINANCIAL RECORDS OF LABOR UNION**

1. On or about February 9, 2005, in Lawrence County, within the Southern District of Illinois,

**JEFFREY HOHLBAUCH,**

defendant herein, did willfully cause to be made false entries in the records required to be kept by Section 436 of Title 29, United States Code, that is an expense voucher for the disbursement of union funds, a record on matters required to be reported in the annual financial report of the Local 3600 of the American Federation of State, County and Municipal Employees (AFSCME) required to be filed with the Secretary of Labor.

2. At all times material to this Indictment, AFSCME Local 3600 was a labor organization engaged in an industry affecting commerce within the meaning of Sections 402(i) and 402(j) of Title 29, United States Code. AFSCME Local 3600 had approximately 410 union members who were prison workers and private health care workers under contract with the Lawrence Correctional Center.

3. JEFFREY HOHLBAUCH was the President of AFSCME Local 3600 from April 2001, through February 2005. In addition to being a local union officer, JEFFREY HOHLBAUCH was a

member of the AFSCME Council 31 Executive Board and a member of Council 31's third level grievance committee.

4. JEFFREY HOHLBAUCH submitted expense vouchers for reimbursement by the Local 3600 for mileage, per diem, lodging and lost time, and concealed the fact that he was already receiving reimbursement from Council 31, including seeking reimbursement for a union meeting never attended.

All in violation of Title 29, United States Code, Section 439(c).

A TRUE BILL

_____
FOREPERSON

_____
NORMAN R. SMITH
Assistant United States Attorney

_____
RANDY G. MASSEY
Acting United States Attorney

Recommended Bond: $25,000 unsecured

2